```
1  TERRI KEYSER-COOPER
   Law Office of Terri Keyser-Cooper
2  Nevada Bar No. 3984
   3590 Barrymore Dr
3  Reno, NV 89512
   (775) 337-0323
4  [email illegible]
5  Attorney for Plaintiffs Lemus, Madison, and Berger
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MATEO L. LEMUS, BRYAN S. MADISON, and JAKE T. BERGER, | Case No. 3:17-cv-00008-MMD-WGC |
| Plaintiffs, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs | |
| WASHOE COUNTY SCHOOL DISTRICT, STEVE STRUZYK, and TOM BROWN, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41 (a)(1).

/s/ _Mateo Lemus_ Dated: 10/13/17
Mateo Lemus

/s/ _____ Dated _____
Jake Berger

/s/ _____ Dated _____
Bryan Madison

//

```
 1  TERRI KEYSER-COOPER
    Law Office of Terri Keyser-Cooper
 2  Nevada Bar No. 3984
    3590 Barrymore Dr.
 3  Reno, NV 89512
    (775) 337-0323
 4  keysercooper@lawyer.com
 5  Attorney for Plaintiffs Lemus, Madison, and Berger
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                        DISTRICT OF NEVADA
10
11  MATEO L. LEMUS, BRYAN S. MADISON,          Case No. 3:17-cv-00008-MMD-WGC
    and JAKE L. BERGER,
12
             Plaintiffs,                       STIPULATION FOR DISMISSAL
13                                             WITH PREJUDICE
14       vs.
15  WASHOE COUNTY SCHOOL DISTRICT,
    STEVE STRUZYK, and TOM BROWN,
16
             Defendants.
17
18
19       IT IS HEREBY STIPULATED by and between the parties to this action through their
20  designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant
21  to FRCP 41(a)(1).
22
    s                                 Dated:
23  Mateo Lemus

24  s /s/ Jake Berger                  Dated: 10-13-17
    Jake Berger
25
    s                                 Dated:
26  Bryan Madison
27
28
                                                                                              1
```

```
 1 │ TERRI KEYSER-COOPER
   │ Law Office of Terri Keyser-Cooper
 2 │ Nevada Bar No. 3984
   │ 3590 Barrymore Dr.
 3 │ Reno, NV 89512
 4 │ (775) 337-0323
   │ keysercooper@lawyer.com
 5 │ *Attorney for Plaintiffs Lemus, Madison, and Berger*
 6 │
 7 │
 8 │              UNITED STATES DISTRICT COURT
 9 │                   DISTRICT OF NEVADA
10 │
11 │ MATEO L. LEMUS, BRYAN S. MADISON,         Case No. 3:17-cv-00008-MMD-WGC
   │ and JAKE T. BERGER,
12 │
   │         Plaintiffs,                       **STIPULATION FOR DISMISSAL**
13 │                                           **WITH PREJUDICE**
14 │    vs.
15 │ WASHOE COUNTY SCHOOL DISTRICT,
   │ STEVE STRUZYK, and TOM BROWN,
16 │
   │         Defendants.
17 │ _____/
18 │
19 │         IT IS HEREBY STIPULATED by and between the parties to this action through their
20 │ designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant
21 │ to FRCP 41 (a)(1).
22 │ /s/_____       Dated: _____
23 │ Mateo Lemus
24 │ /s/_____       Dated: _____
   │ Jake Berger
25 │
26 │ /s/ [signature]                 Dated: 10/13/17
   │ Bryan Madison
27 │
   │ ///
28 │
```

1

/s/ _____  Dated: _____
Washoe County School District

/s/ Steve Stru                Dated: 11-1-17
Steve Struzyk

/s/ Tom Brown                 Dated: 4/15/17
Tom Brown

DATED this 13 day of October 2017

LAW OFFICE OF TERRI KEYSER-COOPER        THORNDAL, ARMSTRONG, DELK,
                                         BALKENBUSH & EISINGER

By: /s/ Terri Keyser-Cooper              _____
    Terri Keyser-Cooper                  Brian M. Brown
    Attorney for Plaintiffs              Attorney for Defendants

2

/s/ [signature]  Dated: 12-4-17
Washoe County School District
/s/ [signature]  Dated: 11-1-17
Steve Struzyk
/s/ [signature]  Dated: 4/15/17
Tom Brown

DATED this 13 day of October 2017

LAW OFFICE OF TERRI KEYSER-COOPER           THORNDAL, ARMSTRONG, DELK,
                                            BALKENBUSH & EISINGER

By: [signature]                              [signature]
Terri Keyser-Cooper                          Brian M. Brown
Attorney for Plaintiffs                      Attorney for Defendants

IT IS SO ORDERED.

Dated: December 6, 2017
                                            [signature]
                                            U.S. District Judge

2